**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TURBINES LTD.,** | |
| **Plaintiff,** | **CASE NO. 8:14CV150** |
| **vs.** | |
| **PARADIGM AEROSPACE CORPORATION, and  PARADIGM AVIATION, INC.,** | **ORDER OF DISMISSAL** |
| **Defendants.** | |

This matter is before the Court on Plaintiff Turbines LTD.'s Notice of Dismissal with Prejudice (Filing No. 16).  The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved.  The above-captioned matter will be dismissed with prejudice along with all claims and causes of action of the Plaintiff.  The parties will pay their own costs and fees.  Accordingly,

IT IS ORDERED:

1.    Plaintiff Turbines LTD.'s Notice of Dismissal with Prejudice (Filing No. 16) is approved;

2.    The above-captioned matter along with all claims and causes of action of the Plaintiff are dismissed with prejudice;

3.    All pending motions in the above-captioned action are denied as moot; and

4.    The parties will pay their own costs and fees.

Dated this 21st day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge